In the Matter of: USA COMMERCIAL MORTGAGE COMPANY.

Donna Cangelosi; et al., Plaintiffs—Appellants,

v.

Silar Advisors, LP; et al., Defendants—Appellees,

William A. Leonard, Jr., Trustee for the Estate of Asset Resolution, LLC, Trustee—Appellee.

In the Matter of: USA Commercial Mortgage Company, Debtor.

3685 San Fernando Lenders, LLC; et al., Plaintiffs—Appellees,

v.

Cross Equities Partners, LLC; et al., Intervenors—Appellees,

v.

Silar Advisors, LP; et al., Defendants—Appellants,

and

William A. Leonard, Jr., Trustee for the Estate of Asset Resolution LLC, Trustee—Appellant,

v.

Compass Financial Partners LLC; et al., Defendants—Appellees.

In the Matter of: USA Commercial Mortgage Company, Debtor.

Robert J. Kehl; et al., Plaintiffs—Appellees,

v.

Asset Resolution, LLC, Defendant—Appellant,

Silar Advisors, LP; et al., Defendants—Appellees.

In re: Asset Resolution, LLC.

Asset Resolution, LLC, Petitioner,

v.

United States District Court for the District of Nevada, Las Vegas, Respondent,

Robert A. Kehl; et al., Real Parties in Interest.

In the Matter of: USA Commercial Mortgage Company.

Certain Direct Lenders; et al., Plaintiffs—Appellees,

v.

Debt Acquisition Company of America, LLC; et al., Appellees,

Asset Resolution, LLC; et al., Defendants—Appellants,

United States Trustee, Trustee—Appellee.

Asset Resolution, LLC; et al., Debtors—Appellants,

v.

Donna Cangelosi; et al., Respondents—Appellees,

and

William A. Leonard, Jr., Trustee—Appellee.

Duval & Stachenfeld, LLP, former counsel to the Official Committee of Unsecured Creditors in the above captioned Chapter 11 cases (the "Bankruptcy

Cases") of Asset Resolution LLC and its affiliated debtors, as debtors in possession (collectively, the "Debtors"), Appellant,

v.

**Asset Resolution, LLC; et al., Debtors—Appellees,**

**Donna Cangelosi; et al., Respondents—Appellees,**

and

**William A. Leonard, Jr., Trustee—Appellee.**

**Asset Resolution, LLC; et al., Debtors—Appellants,**

v.

**Donna Cangelosi; et al., Respondents—Appellees,**

**William A. Leonard, Jr., Trustee—Appellee.**

**Silar Advisors, LP and Silar Special Opportunities Fund, LP, Debtors—Appellants,**

v.

**William A. Leonard, Jr., Trustee—Appellee.**

Nos. 09–15632, 09–16897, 09–17382, 09–73419, 10–15253, 10–15496, 10–15497, 10–15500, 10–15735.

United States Court of Appeals, Ninth Circuit.

Sept. 08, 2010.

D.C. Nos. 2:07–cv–00892–RCJ, 2:07–cv–00894–RCJ, 2:07–cv–01133–RCJ, 3:07–cv–00241–RCJ, 3:07–cv–01389–RCJ, BK–S–09–32824–RCJ.

---

* The Honorable Richard Mills, Senior United States District Judge for the Central District

Before: GOODWIN and W. FLETCHER, Circuit Judges, and MILLS, Senior District Judge.*

### ORDER

The court previously consolidated appeal No. 09–15632 with appeal Nos. 09–16897, 09–17382, 10–15253, 10–15496, 10–15497, 10–15500 and 10–15735. The court further directed that petition No. 09–73419 be calendared with these consolidated appeals.

Today the court issues its decision in appeal No. 09–15632 only. Accordingly, appeal No. 09–15632 is severed from the remaining consolidated appeals. Appeal Nos. 09–16897, 09–17382, 10–15253, 10–15496, 10–15497, 10–15500 and 10–15735 remain consolidated, and shall be calendared with petition No. 09–73419.

Briefing in the remaining consolidated appeals remains stayed pending disposition of the court's August 23, 2010 order directing new counsel for Appellants Asset Resolution, LLC to file a notice of appearance.